**No. 65665.**—W. Y. Moberly, Inc. *v.* United States, protests 58/20550, etc. (Great Falls).

Opinion by DONLON, J.  In accordance with stipulation of counsel that the merchandise consists of prepared or preserved pork similar in all material respects to that the subject of *C. J. Tower & Sons* v. *United States* (43 Cust. Ct. 36, C.D. 2100), the claim of the plaintiff was sustained.

**No. 65666.**—W. Y. Moberly, Inc. *v.* United States, protests 59/6630, etc. (Great Falls).

Opinion by DONLON, J.  In accordance with stipulation of counsel that the merchandise consists of prepared or preserved pork similar in all material respects to that the subject of *C. J. Tower & Sons* v. *United States* (43 Cust. Ct. 36, C.D. 2100), the claim of the plaintiff was sustained.

BEFORE THE SECOND DIVISION, MAY 23, 1961

**No. 65667.**—John L. Westland & Son, Inc., a/c L. W. Keenan & Co. *v.* United States, protests 59/3572, etc. (Los Angeles).

Opinion by LAWRENCE, J.  In accordance with stipulation of counsel that the merchandise and issues herein are similar in all material respects to those the subject of *United States* v. *Schmidt Pritchard & Co. et al.* (47 C.C.P.A. 152, C.A.D. 750), the claim of the plaintiff was sustained.

**No. 65668.**—Andrew Fisher Cycle Co., Inc. *v.* United States, protest 60/10703–15917 (New Orleans).